# United States Bankruptcy Court

## District of Connecticut



In re:

HO WAN KWOK, *et al.,* [1]

Debtors

Case Number: 22-50073

Chapter: 11

(Jointly Administered)

Luc A. Despins, Chapter 11 Trustee,

Plaintiff,

v.

Nardello & Co., LLC

Defendant(s)

Adversary Proceeding

No: 24-05162 (JAM)

## SUMMONS IN AN ADVERSARY PROCEEDING

**To the Plaintiff:**

In accordance with Fed. R. Bankr. P. 7004(e), on or before **February 28, 2024**, you must serve this Summons and a copy of the Complaint filed on February 12, 2024, on all Defendants in accordance with Fed. R. Bankr. P. 7004(a) or (b), except any Defendants to be served in a foreign country.

If service is made on any named Defendants in a foreign country, you must serve this Summons and a copy of the Complaint filed on February 12, 2024, on all such named Defendants in accordance with Fed. R. Civ. P. 4(f), (h), and (j), made applicable by Fed. R. Bankr. P. 7004(a)(1).

You must also complete the attached Certificate of Service of Process and file the completed Certificate with the Bankruptcy Court electronically or at the address listed on the second page of this Summons.

**To the Defendant(s):**

YOU ARE SUMMONED and, if you are a Defendant properly served with this Summons and the Complaint in accordance with the instruction above and applicable rules within a judicial district of the United States, pursuant to Fed. R. Bankr. P. 7012(a), you are required to file, electronically or with the Clerk of the Bankruptcy Court at the address in this Summons, a motion or answer to the Complaint on or before 60 days from the service of this Summons.

If you are a Defendant served with this Summons and the Complaint in a foreign country, you are required to file, electronically or with the Clerk of the Bankruptcy Court at the address in this Summons, a motion or answer to the Complaint within 60 days from proper service of the Summons and Complaint, unless the Court orders a different deadline to file a motion or answer to the Complaint upon motion made pursuant to Fed. R. Bankr. P. 7012(a).

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

At the same time, you must also serve a copy of the motion or answer upon the Plaintiff's attorney:

Douglas S. Skalka, Esq.  
Neubert, Pepe, and Monteith  
195 Church Street, 13th Floor  
New Haven, CT 06510

If you make a motion under Fed. R. Bankr. P. 7012, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: **February 21, 2024**

*[signature]*

Pietro Cicolini  
Clerk of Court

United States Bankruptcy Court  
District of Connecticut  
915 Lafayette Boulevard  
Bridgeport, CT 06604

**CERTIFICATE OF SERVICE OF PROCESS**

**Adv. Pro. Number: 24-05162 (JAM)**

I, _____ , **certify that service of this Summons and a copy of the complaint was made on** _____ **by** (*check one below*)**:**
(name)    (date)

☐ **Mail service**: Regular, First-Class United States mail, postage fully pre–paid, addressed to:

☐ **Personal Service**: By leaving the process with defendant or with an officer or agent of defendant at:

☐ **Residence Service**: By leaving the process with the following adult at:

☐ **Certified Mail Service on an Insured Depository Institution**: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ **Publication**: The defendant was served as follows:

☐ **State Law**: The defendant was served pursuant to the laws of the State of _____ , as follows:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
Date                                                          Signature

_____
Print Name

_____
Business Address

_____
City, State, Zip