UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

---

| | |
|---|---|
| In re:<br><br>HO WAN KWOK, *et al.*,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 22-50073 (JAM)<br><br>(Jointly Administered) |
| LUC A. DESPINS, CHAPTER 11 TRUSTEE,<br><br>                        Plaintiff,<br><br>v.<br><br>NARDELLO & CO.<br><br>                        Defendant. | Adv. Proceeding No. 24-05162 |

**STIPULATION EXTENDING TIME FOR DEFENDANT
TO ANSWER OR RESPOND TO COMPLAINT**

Plaintiff, Luc A. Despins, in his capacity as the chapter 11 trustee (the "Plaintiff") and defendant, Nardello & Co. (the "Defendant" and, together with the Plaintiff, the "Stipulating Parties"), by and through their respective undersigned counsel, pursuant to the Court's *Order Approving Procedures Applicable to Avoidance Claim Adversary Procedures* [Main Case Docket

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation. The mailing address for the Trustee, Genever Holdings LLC, and the Genever Holdings Corporation is Paul Hastings LLP, 200 Park Avenue, New York, NY 10166 c/o Luc A. Despins, as Trustee for the Estate of Ho Wan Kwok (solely for purposes of notices and communications).

{85114578; 3; 63472-001}

2

No. 2578], hereby stipulate and agree (the "Stipulation") that the deadline by which the Defendant may move, answer or otherwise respond to the complaint (Adv. Docket No. 1) (the "Complaint") filed in this adversary proceeding, is hereby extended for a period of sixty (60) days to and including June 27, 2024 (the "Response Deadline"). The Response Deadline may be further extended by agreement of the Stipulating Parties or otherwise stayed or set by an Order of the Court.

The Stipulating Parties reserve all rights and defenses each may have, and entry into this Stipulation shall not impair or affect any such right or defense.

This Stipulation may be executed by the Stipulating Parties in counterparts, each of which when so signed shall be an original and shall together constitute one and the same instrument. A signed facsimile, PDF or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of Page is Intentionally Blank. Signature Page(s) to follow.]*

Dated: April 19, 2024
     New Haven, CT

PLAINTIFF:
LUC A. DESPINS
CHAPTER 11 TRUSTEE

By: */s/ Patrick R. Linsey*
Patrick R. Linsey (ct29437)
NEUBERT, PEPE & MONTEITH, P.C.
195 Church Street, 13th Floor
New Haven, Connecticut 06510
(203) 781-2847
plinsey@npmlaw.com
*Counsel for the Chapter 11 Trustee*

DEFENDANT:
NARDELLO & CO.

By: */s/ Henry P. Baer, Jr.*

Henry P. Baer, Jr.
Finn Dixon & Herling LLP
Six Landmark Square
Stamford, CT 06901-2704
(203) 325-5083
hbaer@fdh.com
*Counsel for Nardello & Co.*

3

{85114578; 3; 63472-001}